# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16CR0783-CAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JORGE ANTONIO AGUILAR (1) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_  the Court has dismissed the case for unnecessary delay; or

\_\_  the Court has granted the motion of the Government for dismissal, without prejudice; or

x   the Court has granted the motion of the defendant for a judgment of dismissal; or
    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_  the jury has returned its verdict, finding the defendant not guilty;

x   of the offense(s) as charged in the Indictment/Information:

   8 USC, Sec. 1326(a) and (b) – Removed Alien Found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/14/2016

Hon. Cathy Ann Bencivengo
United States District Judge